**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Nguyen Tien,

Petitioner,

v.

N Martinez, et al.,

Respondents.

No. CV-25-03380-PHX-SMB

**ORDER**

Petitioner filed this action challenging his immigration detention. (Doc. 1.) Magistrate Judge Deborah M Fine issued a Report and Recommendation that Petitioner's petition be dismissed as moot. The Court has reviewed the Report and Recommendation in this matter, and the Court will adopt it and dismiss the petition as detailed therein.

In reviewing an R&R, the Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "[T]he district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts need not conduct "any review at all . . . of any issue that is not the subject of an objection" ). No objections having been filed,

**IT IS THEREFORE ORDERED** the Report and Recommendation (Doc. 13) is **accepted**.

**IT IS FURTHER ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **dismissed as moot**.

**IT IS FURTHER ORDERED** the Clerk shall enter judgment accordingly and terminate this action.

Dated this 25th day of August, 2026.

Honorable Susan M. Brnovich
United States District Judge